UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re: Anthony Salvatore Raimondi

                                                                  Case No. _____
                                                                  Chapter 7

Debtor.
-------------------------------------------------------------------x

## DECLARATION REGARDING LACK OF SUPPORTING DOCUMENTS

Anthony Salvatore Raimondi, undersigned debtor herein, declares as follows:

1. I filed a petition under Chapter 7 of the Bankruptcy Code on _____.

2. I have not had a job that paid wages since 2011.

4. I have not been required to file a personal tax return since 2011, because I have not been paid wages, nor had self-employment or business income. The 2018 tax return for my wholly-owned, non-operational S-Corporation is attached.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2019

*/s/ Anthony S. Raimondi*
Anthony Salvatore Raimondid