# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 10/30/2019 |
| Case: 1−19−44473−nhl | Form ID: 318DF7 | Total: 15 |

**Recipients of Notice of Electronic Filing:**
tr            Debra Kramer            dkramer@kramerpllc.com;trustee@kramerpllc.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db            Anthony Salvatore Raimondi            7201 Bay Parkway Apt#6H            Brooklyn, NY 11201
smg           NYS Department of Taxation & Finance            Bankruptcy Unit            PO Box 5300            Albany, NY 12205
smg           NYC Department of Finance            345 Adams Street            Office of Legal Affairs            Brooklyn, NY 11201−3719
smg           NYS Unemployment Insurance            Attn: Insolvency Unit            Bldg. #12, Room 256            Albany, NY 12240
smg           Office of the United States Trustee            Eastern District of NY (Brooklyn Office)            U.S. Federal Office Building            201 Varick Street, Suite 1006            New York, NY 10014
9604400       Bank Of America            4909 Savarese Circle            Fl1−908−01−50            Tampa, FL 33634
9604399       Bank Of America            Po Box 982238            El Paso, TX 79998
9604401       Capital One            Attn: Bankruptcy            Po Box 30285            Salt Lake City, UT 84130
9604402       Capital One Bank (USA) NA            4851 Cox Road            Glen Allen, VA 23060
9604403       Edwina Martilla            7201 Bay Parkway, #6H            Brooklyn, NY 11204
9604404       Selip & Stylianou, LLP            199 Crossways Park Drive            PO Box 9004            Woodbury, NY 11797−9004
9604406       TD Bank, N.A.            32 Chestnut Street            Po Box 1377            Lewiston, ME 04243
9604405       Td Auto Finance            Attn: Bankruptcy            Po Box 9223            Farmington Hilss, MI 48333
9604407       US BankCorp            Attn: Bankruptcy            Po Box 5229            Cincinnati, OH 45201

TOTAL: 14